

Case 2:14-cr-00575-SVW   Document 17   Filed 01/25/21   Page 1 of 2   Page ID #:119

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AGUSTIN HERNANDEZ<br><br>　　　　　Defendant. | Case No.: CR 14-575-SVW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist., CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on state conviction for cor. pck-y and assault w/ deadly weapon while on S.R.; no bail resources re (B) as well.

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: (See A)

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/25/2021

UNITES STATES MAGISTRATE JUDGE
PAUL L. ABRAMS