1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTIN HERNANDEZ,<br><br>Defendant. | Case No.   CR 14-00575-SVW<br><br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On December 20, 2022, Defendant made his initial appearance in this district on the bench warrant issued by this Court following Defendant's failure to appear for a preliminary revocation of  supervised release hearing on November 1, 2022. [1]  Deputy Federal Public Defender Adam Olin was appointed to represent Defendant.  The Government was represented by Assistant United States Attorney

---

[1] Defendant's initial appearance on the bench warrant issued in this district occurred in the United States District Court for the Southern District of California on December 2, 2022.

David Williams. Defendant submitted on the recommendation of detention by Pretrial Services.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.      ☒      Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒  allegations underlying the bench warrant: failure to appear

☒  lack of bail resources

☒  history of non-compliance with court orders, including prior revocations of supervised release

B.      ☒      Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒      criminal history, including prior revocations of supervised release

☒      allegations in the violation petition demonstrate  a history of non-compliance with Court orders and conditions.

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: December 20, 2022

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE